IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
09/09/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

JUNIOR TAMAYO PEREZ,

Petitioner,

v.

MISTY MACKEY, Warden,
Midwest Regional Reception Center;

Respondent.

Case No. 26-3334-JWL

**MEMORADNUM AND ORDER TO SHOW CAUSE**

Petitioner has filed a *pro se* petition for habeas corpus pursuant to 28 U.S.C. § 2241 by which he seeks his release from detention by immigration officials. For the reasons set forth below, petitioner shall show cause, by filing a written response on or before **September 25, 2026**, why the petition should not be denied for failure to state a proper claim for relief.

To obtain habeas corpus relief, petitioner must demonstrate that he is "in custody in violation of the Constitution or laws or treaties of the United States." *See* 28 U.S.C. § 2241(c)(3). In his petition, petitioner states that he would like to be released from detention so that he may care for his mother, who is hospitalized. Petitioner has not alleged that his detention or the Government's refusal to release him violates any applicable federal law, however. Accordingly, petitioner has not stated a proper claim for habeas relief. Accordingly, petitioner is ordered to file a written response to this order, on or before

**September 25, 2026**, in which he explains why the petition should not be denied on that basis. If petitioner does not respond to this order, the Court will deny the petition for failure to state a proper claim.

IT IS THEREFORE ORDERED BY THE COURT THAT petitioner shall show cause, by written response filed on or before **September 25, 2026**, why the petition should not be denied for the reasons set forth herein.

IT IS SO ORDERED.

Dated this 9th day of September, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge